**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GIOVANNI JOHAN REESE, | ) | No. CV 04-4434 DSF (CW) |
| | ) | |
|         Petitioner, | ) | ORDER ACCEPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
|         v. | ) | MAGISTRATE JUDGE |
| | ) | |
| DERRAL G. ADAMS (Warden), | ) | |
| | ) | |
|         Respondent. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted with the following changes:

    p.5, ln.10: "to" should be "so";

    p.13, ln. 4" the quotation should begin at "upon"

and (2) that judgment be entered denying the petition and dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that this order and the judgment be served on the parties.

DATED: 6/25/10

*Dale S. Fischer*

DALE S. FISCHER
United States District Judge