**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GIOVANNI JOHAN REESE, | No. CV 04-4434 DSF (CW) |
| Petitioner, | JUDGMENT |
| v. | |
| DERRAL G. ADAMS (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: 6/25/10

DALE S. FISCHER
United States District Judge